In the Matter of LOUIS L. CANTWELL on Behalf of Himself and Others, Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents.

JOSEPH J. MADDEN, Respondent and Appellant.

Argued March 28, 1940; decided March 28, 1940.

*Edward S. Friedland* and *Samuel J. Matthews* for appellants.

*John L. Fletcher* and *James I. Riley* for Joseph J. Madden, objector, respondent and appellant.

*William C. Chanler, Corporation Counsel (Russell Lord Tarbox* of counsel), for Board of Elections, respondents.

Order of the Appellate Division of March 20, 1940, affirmed, without costs. No other order is before the court. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.